B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ventech USA, LP** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-0258824** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2105 Barrett Park Drive**<br>**Suite 109**<br>**Kennesaw, GA**                    ZIP Code **30144** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cobb** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 1641**<br>**Woodstock, GA**                    ZIP Code **30188** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1)(04/13)** Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ventech USA, LP** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)      (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                              Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ventech USA, LP** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ W. Kevin Snyder GA**
Signature of Attorney for Debtor(s)

**W. Kevin Snyder GA 666272**
Printed Name of Attorney for Debtor(s)

**Lacy & Snyder LLP**
Firm Name

**P.O. Box 3709**
**Peachtree City, GA 30269**

_____
Address

**Email: kevin@lacysnyder.com**
**770-486-8445  Fax: 770-486-8889**
Telephone Number

**September  9, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ulrich Pingel**
Signature of Authorized Individual

**Ulrich Pingel**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**September  9, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Ventech USA, LP**                              Case No.

                                   Debtor(s)            Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $211,892.00 | 2013 |
| $1,234,717.00 | 2012 |
| $423,876.00 | 2011 |
| $492,287.00 | 2010 |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                 SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Winter Park Imports Inc. VS. Ventech USA LP Civil Action File no. 2013-CA-004287-O** | **Complaint for Damages** | **In the Circuit Court in and for Orange County, Florida** | **pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Lacy & Snyder LLP P.O. Box 3709 Peachtree City, GA 30269** | **8/13-9/13** | **$306 filing fee; $3500 Attorney fee** |

B7 (Official Form 7) (04/13)
4

### 10. Other transfers

None □

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Ventech Systems GmbH**<br>**110 45768**<br>**Marl, Germany** | 05/21/2013 | **Dynex Flat Screen TV - $150**<br>**(3) Flat Screen Monitors - $120**<br>**(4) laptop computers - $200**<br>**Demo System 89009 Tire Pressure Guage - $25,000**<br>**Miniquadrix Truck - $800**<br>**Miniquadrix auto - $500**<br>**(8) Rednet -$800**<br>**(20) CCTV camera lenses/various sizes for ID cameras - $200**<br>**(2) Technician's Tool box/Misc. hand toos - $500**<br>**Tool box/Misc Hand tools/spare parts - $500**<br>**Misc Power tools - $750**<br>**Misc Installation tools - $200**<br>**ATM sensor, V11, auto, used - $1,500**<br>**ATM sensor, V9 - $200** |
| **Ventech Systems GmbH**<br>**110 45768**<br>**Marl, Germany** | 05/21/2013 | **Concrete dummies/forms - $1,000**<br>**Auto ramps, grates, metal frames $500**<br>**Crate, misc cables, data and power - $1,000** |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

B7 (Official Form 7) (04/13)
5

---

**13. Setoffs**

None

■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None

■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None

■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None

■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

B7 (Official Form 7) (04/13)

6

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Ventech USA LP** | 27-0258824 | **2105 Barrett Park Drive Suite 109 Kennesaw, GA 30144** | **Sales of Tire Pressure Measuring Equipment** | **5/2009-present** |

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Konni Reinker** | **2009 to present** |
| **Roedl Langford De Koch LP** | **2009 to 2001** |

None ■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

---

B7 (Official Form 7) (04/13)
7

| NAME | ADDRESS |
|------|---------|

None
■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

---

**20. Inventories**

None
■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None
■  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None
☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| **Ventech GMBH** | | **99.9%** |
| **Ulrich Pingel**<br>**Elbestrasse 10**<br>**45768 Marl**<br>**Germany** | **CEO** | |

---

**22 . Former partners, officers, directors and shareholders**

None
■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
☐  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| **Mark Stopher**<br>**5004 Preservation Point**<br>**Kennesaw, GA 30152** | **President** | **April 1, 2013 - June 6, 2013** |
| **Tony Brown**<br>**213 Holly Chase Court**<br>**Canton, GA 30114** | **President** | **June 1, 2013 - January 30, 2013** |

B7 (Official Form 7) (04/13)
8

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Ulrich Pingel**<br>**Ventech GmbH**<br>**Elbestrasse 110 45768**<br>**Marl, Germany** | **President** | **December 1, 2010 - May 31, 2012** |
| **Kevin Krause**<br>**626 Goldpoint Trace**<br>**Woodstock, GA 30189** | **President** | **October 1, 2009 - November 30, 2010** |
| **Florian Stamm**<br>**Promenade II, Suite 300**<br>**1230 Peachtree Street NE**<br>**Atlanta, GA 30309** | **Secretary** | **2009 to 2012** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __**September  9, 2013**__          Signature    __**/s/ Ulrich Pingel**__
                                                        **Ulrich Pingel**
                                                        **CEO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B6A (Official Form 6A) (12/07)

In re    **Ventech USA, LP**
_____,        Case No. _____
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

**_0_**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Ventech USA, LP**                                                        ,          Case No. _____
                                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **SunTrust Checking Account** | - | 29,972.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **29,972.00**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ventech USA, LP**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re      **Ventech USA, LP**                                          ,          Case No. _____
                                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          0.00
(Total of this page)

Total >          29,972.00

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Ventech USA, LP**
_____,    Case No. _____
                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| **0**  continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re   **Ventech USA, LP**                                    ,   Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>  1  </u>   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Ventech USA, LP**                                              ,    Case No. _____
                                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Taxes** | | | | | |
| **Georgia Department of Revenue Processing Center PO Box 740317 Atlanta, GA 30374-0387** | | - | | | | | 2,219.00 | 0.00 / 2,219.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet  **1**  of  **1**  continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 / 2,219.00 — 2,219.00 |
| | Total (Report on Summary of Schedules) | 0.00 / 2,219.00 — 2,219.00 |

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Ventech USA, LP**
_____,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. | | | | | Account | | | | |
| 4Imprint, Inc. PO Box 1641 Milwaukee, WI 53201-1641 | | - | | | | | | | 0.00 |
| Account No. | | | | | Account | | | | |
| Aagaard-Jergensen LLC 5695 Beggs Road Orlando, FL 32810-2606 | | - | | | | | | | 0.00 |
| Account No. | | | | | Account | | | | |
| Access Lock & Key 355 Picketts Crossing Acworth, GA 30101 | | - | | | | | | | 0.00 |
| Account No. | | | | | Account | | | | |
| Accounting Focus, Inc. 2340 Starr Lake Drive Acworth, GA 30101 | | - | | | | | | | 900.00 |

_**24**_  continuation sheets attached

Subtotal
(Total of this page)        **900.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ventech USA, LP**                                    ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Advantage Promotions**<br>**Steve Crittenden**<br>**1175 Old Harris Road, #227**<br>**Dallas, GA 30157** | - | | Account | | | | 0.00 |
| Account No.<br><br>**Air Reliant Service of GA**<br>**PO Box 508**<br>**Kennesaw, GA 30156** | - | | Account | | | | 144.98 |
| Account No.<br><br>**Andrew Welsh**<br>**355 Hiawassee DRive**<br>**Woodstock, GA 30188** | - | | | | | | 0.00 |
| Account No.<br><br>**APTA**<br>**1666 K Street NW**<br>**Suite 1100**<br>**Washington, DC 20006** | - | | Account | | | | 0.00 |
| Account No.<br><br>**Arnall Golden Gregory LLP**<br>**171 17th Street NW**<br>**Suite 2100**<br>**Atlanta, GA 30363** | - | | Account | | | | 2,706.50 |

Sheet no. __1__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,851.48

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ventech USA, LP**                                      ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Arnold D. Frantz** <br>**1040 Firest East Drive** <br>**Stone Mountain, GA 30088** | - | | | | | | 0.00 |
| Account No. <br><br>**AT&T** <br>**P.O. Box 105262** <br>**Atlanta, GA 30348-5262** | - | | Account | | | | 0.00 |
| Account No. **xxxxxx xx 1889** <br><br>**AT&T** <br>**P.O. Box 105262** <br>**Atlanta, GA 30348-5262** | - | | Account | | | | 0.00 |
| Account No. <br><br>**Auburn Moving Company** <br>**10000 Hill View Road** <br>**Newcastle, CA 95658** | - | | Account | | | | 0.00 |
| Account No. <br><br>**Barbara Hager** <br>**193 Hale Street** <br>**Atlanta, GA 30307** | - | | | | | | 0.00 |

Sheet no. __2__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ventech USA, LP**
                                                                    ,        Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | Account | | | | | |
| **Baxter Krause, LLC** **626 Goldpoint Trace** **Woodstock, GA 30189** | - | | | | | | | **0.00** |
| Account No. | | | Account | | | | | |
| **Bobit Business Media** **3520 Challenger Street** **PO Box 2730** **Torrance, CA 90509** | - | | | | | | | **0.00** |
| Account No. | | | Employee | | | | | |
| **Brian Ludvigsen** **478 Lindberg Place** **Apt. 224** **Atlanta, GA 30324** | - | | | | | | | **296.80** |
| Account No. | | | | | | | | |
| **Burtran Robinson** **302 Cumberland Court** **Smyrna, GA 30080** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **C.W. Chase** **3120 Arden Road** **Atlanta, GA 30305** | - | | | | | | | **0.00** |

Sheet no. __3__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                         **296.80**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Ventech USA, LP** _____ ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Account | | | | |
| **California Transit Association** **1415 L Street** **Suite 200** **Sacramento, CA 95814** | - | | | | | | **0.00** |
| Account No. | | | Account | | | | |
| **Carlton Electric, Inc.** **1284 S. Cherokee Street** **Denver, CO 80223** | - | | | | | | **0.00** |
| Account No. | | | Account | | | | |
| **Carol Faubert** **Faubert Consulting, LLC** **3013 River Station Drive** **Woodstock, GA 30188** | - | | | | | | **1,080.00** |
| Account No. | | | Account | | | | |
| **Castle Consulting Group** **2357 Newcastle Road** **Newcastle, CA 95658** | - | | | | | | **0.00** |
| Account No. | | | Account | | | | |
| **Cebeyond** **PO Box 406815** **Atlanta, GA 30384-6815** | - | | | | | | **1,274.85** |

Sheet no. __4__ of __24__ sheets attached to Schedule of     Subtotal     **2,354.85**
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ventech USA, LP**                                                    ,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Account | | | | |
| CG Construction 2710 Zacatecas Street Laredo, TX 78046 | - | | | | | | 0.00 |
| Account No. | | | Account | | | | |
| Cheroke Reprographics, Inc 280 Heritage Walk Woodstock, GA 30188 | - | | | | | | 212.00 |
| Account No. | | | Account | | | | |
| Chicago Crates, Ltd. 39031 Tresury Center Chicago, IL 60694-9000 | - | | | | | | 0.00 |
| Account No. | | | Account | | | | |
| City of Dunwoody Finance & Administration PO Box 888074 Dunwoody, GA 30356 | - | | | | | | 0.00 |
| Account No. | | | Account | | | | |
| Cobb County Business License 191 Lawrence Street NE Marietta, GA 30060-1692 | - | | | | | | 0.00 |

Sheet no. __5__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

212.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ventech USA, LP**                                    ,          Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Cobb County Tax Commissioiner** PO Box 100127 Marietta, GA 30061-7027 | - | | Account | | | | 0.00 |
| Account No.  **Comcast** PO Box 530098 Atlanta, GA 30353-0098 | - | | Account | | | | 409.24 |
| Account No.  **CST, Inc.** 500 Lanier Avenue Suite 901 Fayetteville, GA 30214 | - | | Account | | | | 0.00 |
| Account No.  **D&C Properties, LLC** PO Box 441286 Kennesaw, GA 30160 | - | | Account | | | | 7,607.99 |
| Account No.  **Diodati** PO Box 441286 Kennesaw, GA 30160 | - | | Account | | | | 7,607.99 |

Sheet no. __6___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,625.22

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ventech USA, LP**                                      ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | Account | | | | | |
| **Dunlap Group** **231 Cherry Avenue** **Suite 202** **Auburn, CA 95603** | - | | | | | | | **0.00** |
| Account No. | | | Account | | | | | |
| **Eaton Sales & Service LLC** **4803 York Street** **Denver, CO 80216** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Ed Santorella** **1016 Creek Side Drive** **Canton, GA 30115** | - | | | | | | | **0.00** |
| Account No. | | | Account | | | | | |
| **Excleses Construction, Inc.** **1988 Suwanee Roberts Court** **Lawrenceville, GA 30043** | - | | | | | | | **9,460.42** |
| Account No. | | | Account | | | | | |
| **ExxonMobil Research** **PO Box 7247-6780** **Philadelphia, PA 19170-6780** | - | | | | | | | **0.00** |

Sheet no. __7__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| Subtotal (Total of this page) | **9,460.42** |
|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ventech USA, LP**                                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>FedEx National LTL<br>PO Box 95001<br>Lakeland, FL 33804-5001 | - | | Account | | | | 0.00 |
| Account No.<br><br>Furst Electric<br>1528 Dickens Place NW<br>Kennesaw, GA 30144 | - | | Account | | | | 0.00 |
| Account No.<br><br>GACC<br>530 Means Street, #120<br>Atlanta, GA 30318 | - | | Account | | | | 0.00 |
| Account No.<br><br>Gas South<br>PO Box 530552<br>Atlanta, GA 30353-0552 | - | | Account | | | | 40.45 |
| Account No.<br><br>Genesis Exposition Services<br>11900 Plantside Drive<br>Suite #3<br>Louisville, KY 40299-6367 | - | | Account | | | | 0.00 |

Sheet no. __8___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    40.45

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ventech USA, LP**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Account | | | | | | |
| **Georgia Department of Revenue Processing Center PO Box 740317 Atlanta, GA 30374-0387** | - | | | | | | | **2,219.00** |
| Account No. | | Account | | | | | | |
| **Georgia Motor Trucking Assoc. 2060 Marietta Way Suite 200 Marietta, GA 30067** | - | | | | | | | **0.00** |
| Account No. | | Account | | | | | | |
| **Georgia Power 96 Annex Atlanta, GA 30396-0001** | - | | | | | | | **345.13** |
| Account No. | | Account | | | | | | |
| **Global Electric Automation 12941 John Reynolds Road Galveston, TX 77554** | - | | | | | | | **800.00** |
| Account No. | | Account | | | | | | |
| **Grainger Dept 878554534 Palatine, IL 60038-0001** | - | | | | | | | **0.00** |

Sheet no. __9__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **3,364.13**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ventech USA, LP**                                              ,      Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Account | | | | |
| **Grenzebach Corporation** **10 herring Road** **Newnan, GA 30265** | - | | | | | | **0.00** |
| Account No. | | | Account | | | | |
| **HB Express Inc.** **PO Box 530** **Prairieville, LA 70769** | - | | | | | | **0.00** |
| Account No. | | | Account | | | | |
| **IFF, Inc.** **575-A Forrest Parkway** **College Park, GA 30349** | - | | | | | | **2,222.73** |
| Account No. | | | Account | | | | |
| **Impact Global Serivces, Inc.** **PO Box 508** **Kennesaw, GA 30156** | - | | | | | | **144.98** |
| Account No. | | | Account | | | | |
| **IntegraCore Atlanta** **7750 The Bluffs** **Suite 104** **Austell, GA 30168** | - | | | | | | **0.00** |

Sheet no. __10__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **2,367.71**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ventech USA, LP**                                              ,  Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Account | | | | |
| IPFS Corporation PO Box 905849 Charlotte, NC 28290-5849 | - | | | | | | | 5,886.75 |
| Account No. | | | | | | | | |
| Jacqueline Hipp-Welsh 335 Hiawassee Drive Woodstock, GA 30188 | - | | | | | | | 0.00 |
| Account No. | | | | Employee | | | | |
| James Ware 1227 Harbor Cove Woodstock, GA 30189 | - | | | | | | | 0.00 |
| Account No. | | | | Account | | | | |
| JCS Enterprises, Inc. 3501 Moreland Avenue PO Box 449 Conley, GA 30288 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Jim Phelan 4920 Berkeley Oak Circle Norcross, GA 30092 | - | | | | | | | 0.00 |

Sheet no. __11__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        5,886.75

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ventech USA, LP**                                              ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Former Employee | | | | |
| **Ken Scheder c/o Robert Clark 4851 Jimmy Carter Boulevard Norcross, GA 30093** | - | | | | | | 37,903.20 |
| Account No. | | | | | | | |
| **Kevin Krause 626 Goldpoint Trace Woodstock, GA 30189** | - | | | | | | 0.00 |
| Account No. | | | NOTICE | | | | |
| **Ladd H. Fassett Fassett, Anthonly & Taylor, PA 1325 W. Colonial Drive Ponte Vedra Beach, FL 32082-3387** | - | | | | | | 0.00 |
| Account No. | | | Account | | | | |
| **LevelNet Consulting 6410 Vicksburg Court Acworth, GA 30101** | - | | | | | | 1,595.07 |
| Account No. | | | Account | | | | |
| **Levy Diamond Bello & Aossoc. PO Box 352 Milford, CT 06460-0352** | - | | | | | | 308.51 |

Sheet no. __12__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          39,806.78

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ventech USA, LP** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xx. xxx0278** <br><br> **Levy Diamond Bello & Asso.** <br> **PO Box 352** <br> **Milford, CT 06460** | - | | Account | | | | **15,070.55** |
| Account No. <br><br> **Lowndes, Drosdick, Doster,** <br> **Kanster & Reed** <br> **PO Box 2809** <br> **Orlando, FL 32802-2809** | - | | Account | | | | **472.00** |
| Account No. <br><br> **M-Broidery, Inc.** <br> **PO Box 688** <br> **Acworth, GA 30101** | - | | Account | | | | **0.00** |
| Account No. <br><br> **MaidPro** <br> **CB Carlson Enterprises, Inc.** <br> **1056 Branch Drive** <br> **Alpharetta, GA 30004** | - | | Account | | | | **207.00** |
| Account No. <br><br> **Mark Stopher** <br> **5004 Preservation Point** <br> **Kennesaw, GA 30152** | - | | Employee | | | | **89.32** |

Sheet no. __**13**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

           Subtotal
(Total of this page)       **15,838.87**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ventech USA, LP**                                          ,      Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Account | | | | |
| McKoon Williams & Haun 1300 Republic Centre 633 Chestnut Street Chattanooga, TN 37450 | - | | | | | | | 12,007.50 |
| Account No. | | | | Account | | | | |
| McStatt's Printing Co., Inc. PO Box 640 Cartersville, GA 30120 | - | | | | | | | 408.05 |
| Account No. | | | | Account | | | | |
| Mercaldo Marketing Group 2107 N. Decatur Road #232 Decatur, GA 30033 | - | | | | | | | 0.00 |
| Account No. | | | | Account | | | | |
| Millstead Village Leasing Office 3355 George Busbee Parkway Kennesaw, GA 30144 | - | | | | | | | 0.00 |
| Account No. | | | | Account | | | | |
| MyDealerLot Cresan Management LLC 30 Mansell Court, Suite 220 Roswell, GA 30076 | - | | | | | | | 0.00 |

Sheet no. __14__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,415.55

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ventech USA, LP**                                    ,        Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | Account | | | | | |
| Naylor, LLC PO Box 847865 Dallas, TX 75284-7865 | - | | | | | | | 0.00 |
| Account No. | | | Account | | | | | |
| Omni Machine Works, Inc. PO Box 80155 Conyers, GA 30013 | - | | | | | | | 0.00 |
| Account No. | | | Account | | | | | |
| Pagel-USA LLC 4282 Shoreline Drive Spring Park, MN 55384 | - | | | | | | | 1,590.00 |
| Account No. | | | Account | | | | | |
| Paulson's Audio & Video 37670 W. Twelve Mile Road Farmington, MI 48331 | - | | | | | | | 0.00 |
| Account No. | | | Account | | | | | |
| Penhall Company 1385 Umatilla Street Denver, CO 80204 | - | | | | | | | 0.00 |

Sheet no. __15__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,590.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ventech USA, LP**                                              ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Account | | | | |
| **Pilot Freight Services Dept 2540 PO Box 122540 Dallas, TX 75312-2540** | | - | | | | | 14,217.50 |
| Account No. | | | Account | | | | |
| **Pointe North Insurance Group 1100 Circle 75 North Suite 140 Atlanta, GA 30339** | | - | | | | | 13,382.28 |
| Account No. | | | Account | | | | |
| **Presentech Inc. 645 11th Street NW Atlanta, GA 30318-5419** | | - | | | | | 0.00 |
| Account No. | | | Account | | | | |
| **Probst Company 541 Adams Street Denver, CO 80206** | | - | | | | | 91,520.92 |
| Account No. | | | Account | | | | |
| **Promedia 6800 Lauffer Road Columbus, OH 43213** | | - | | | | | 0.00 |

Sheet no. __16__ of __24__ sheets attached to Schedule of                          Subtotal          119,120.70
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ventech USA, LP**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Account | | | | |
| **Protech Printing & Graphics 975 Cobb Place Blvd. Suite 112 Kennesaw, GA 30144** | - | | | | | | 0.00 |
| Account No. | | | Account | | | | |
| **Reevco 603 Evergreen Drive Woodstock, GA 30188** | - | | | | | | 0.00 |
| Account No. | | | Account | | | | |
| **Regions Executive Recruting 1855 Berkeley Mews Atlanta, GA 30329** | - | | | | | | 0.00 |
| Account No. | | | Employee | | | | |
| **Rick Cobel 1181 Bridge Mille Ave Canton, GA 30114** | - | | | | | | 2,015.58 |
| Account No. | | | Account | | | | |
| **Rockcrete Concrete Specalists 3870 Peachtree Industrial Blvd Suite 150-322 Duluth, GA 30096** | - | | | | | | 0.00 |

Sheet no. __17__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,015.58

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ventech USA, LP**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Roedl & Partner** <br>**1100 South Tower** <br>**225 Peachtree Street NE** <br>**Atlanta, GA 30303** | - | | Account | | | | **4,150.00** |
| Account No. <br><br>**Sandra Thomann** <br>**145 Wing Mill Road** <br>**Atlanta, GA 30350** | - | | | | | | **0.00** |
| Account No. <br><br>**Savannah Distributing Company** <br>**2003 S. Bibb Drive** <br>**Tucker, GA 30084** | - | | Account | | | | **0.00** |
| Account No. <br><br>**SBC Fulfilment, Inc** <br>**5000 Westpark Drive** <br>**Suite 100** <br>**Atlanta, GA 30336** | - | | Account | | | | **0.00** |
| Account No. <br><br>**Source 5 Payroll, Inc.** <br>**3380 Trickum Road** <br>**Building 200, Suite 102** <br>**Woodstock, GA 30188** | - | | Account | | | | **0.00** |

Sheet no. __18__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **4,150.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ventech USA, LP**                                           ,        Case No. _____
                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Account | | | | | | |
| Specialized Carriers & Rigging 2750 Prosperity Ave #620 Fairfax, VA 22031-4312 | - | | | | | | | 0.00 |
| Account No. | | Account | | | | | | |
| Speedco Inc PO box 520 Cayuga, IN 47928 | - | | | | | | | 0.00 |
| Account No. | | Account | | | | | | |
| Taylor English Duma LLP 1600 Parkwood Circle #400 Atlanta, GA 30339 | - | | | | | | | 3,125.00 |
| Account No. | | Account | | | | | | |
| Technology & Maintenanc Counc American Trucking Association PO Box 101360 Arlington, VA 22210 | - | | | | | | | 0.00 |
| Account No. | | Account | | | | | | |
| The Castel Law Firm PC 401 Congress Avenue Suite 1540 Austin, TX 78701 | - | | | | | | | 0.00 |

Sheet no. __19__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,125.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ventech USA, LP**                                    ,                    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**The Cincinnati Insurance Co.**<br>**PO Box 145496**<br>**Cincinnati, OH 45250-5495** | - | | Account | | | | **0.00** |
| Account No.<br>**The Hartford**<br>**PO Box 660916**<br>**Dallas, TX 75266-0916** | - | | Account | | | | **4,301.11** |
| Account No.<br>**The McCart Group**<br>**2405 Satellite Blvd**<br>**Suite 200**<br>**Duluth, GA 30096** | - | | Account | | | | **0.00** |
| Account No.<br>**Tim McLaughlin**<br>**4511 Lakeview Glen Drive**<br>**Medina, OH 44256** | - | | | | | | **0.00** |
| Account No.<br>**TNT USA Inc.**<br>**PO Box 182592**<br>**Columbus, OH 43218-2592** | - | | Account | | | | **0.00** |

Sheet no. __20__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,301.11**

B6F (Official Form 6F) (12/07) - Cont.

In re __Ventech USA, LP__ , Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Employee | | | | |
| Tom Pena 221 E. Taylor Street Apt. B Savannah, GA 31401 | - | | | | | | 2,700.36 |
| Account No. | | | Employee | | | | |
| Tony Brown 213 Holly Chase Court Canton, GA 30114 | - | | | | | | 4,992.50 |
| Account No. | | | Account | | | | |
| Traffic Products, Inc. PO Box 382163 Birmingham, AL 35238-2163 | - | | | | | | 450.00 |
| Account No. | | | Account | | | | |
| Trasport Topics Subscription Service PO Box 182 Congers, NY 10920-9961 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Tremayne West 14 Enclave DRive Powder Springs, GA 30127 | - | | | | | | 0.00 |

Sheet no. __21__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  8,142.86

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ventech USA, LP** ,  Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | Account | | | | | |
| **Trench Shoring Services**<br>**6770 East 56th Avenue**<br>**Commerce City, CO 80033** | - | | | | | | | 0.00 |
| Account No. | | | Account | | | | | |
| **Twig's Welding LLC**<br>**10140 W. Grand Rive Ave.**<br>**Grand Ledge, MI 48837** | - | | | | | | | 0.00 |
| Account No. | | | Account | | | | | |
| **U-Line Accounts Receivable**<br>**2200S Lakeside Drive**<br>**Waukegan, IL 60085** | - | | | | | | | 116.60 |
| Account No. | | | Account | | | | | |
| **UPS Store 4106**<br>**1635 Old Highway 41**<br>**Suite 112**<br>**Kennesaw, GA 30144** | - | | | | | | | 0.00 |
| Account No. | | | Account | | | | | |
| **UPS Supply Chain Solutions**<br>**28013 Network Place**<br>**Chicago, IL 60673-1280** | - | | | | | | | 1,420.31 |

Sheet no. __22__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     | 1,536.91

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ventech USA, LP**                                    ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Ventech GmbH** **Elbestrasse 110 45768** **Marl, Germany** | | - | Loan | | | | 681,635.56 |
| Account No. **Verizon** **PO Box 660108** **Dallas, TX 75266-0108** | | - | Account | | | | 1,157.24 |
| Account No. **Wesley Summers** **5023 David Place** **Smyrna, GA 30082** | | - | | | | | 0.00 |
| Account No. **William Perry Construction** **11112 Upton Road** **Grand Ledge, MI 48837** | | - | Account | | | | 0.00 |
| Account No. **Winslow Crane Service Co.** **3002 S. Huron Street** **Englewood, CO 80110** | | - | Account | | | | 326.77 |

Sheet no. __23__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

683,119.57

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ventech USA, LP**                                                ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Zurich North America 8712 Innovation Way Chicago, IL 60682-0087** | - | | Account | | | | **0.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __24__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Total
(Report on Summary of Schedules)              **938,522.74**

B6G (Official Form 6G) (12/07)

.

In re    **Ventech USA, LP**                                                    Case No. _____
                                        ,
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Ventech USA, LP**                                        ,    Case No. _____
_____
                            Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Ventech USA, LP**

Debtor(s)

Case No.

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 3,500.00 |
| Prior to the filing of this statement I have received | $ | 3,500.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Filing of "no undue hardship" reaffirmation agreements prepared by secured creditors**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **In Chapter 7 Cases only, negotiations with secured creditors to reduce to market value; preparation of reaffirmation agreements; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods, representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding, or redemption motions, representation in 2004 examinations and any issues related to problems with credit reports**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **September  9, 2013**

**/s/ W. Kevin Snyder GA**
**W. Kevin Snyder GA 666272**
**Lacy & Snyder LLP**
**P.O. Box 3709**
**Peachtree City, GA 30269**
**770-486-8445  Fax: 770-486-8889**
**kevin@lacysnyder.com**

---

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Ventech USA, LP**                                                    ,

Debtor

Case No. _____

Chapter                    **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 29,972.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 2,219.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 938,522.74 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 29,972.00 | | |
| Total Liabilities | | | | 940,741.74 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Ventech USA, LP**

                                           Debtor       ,

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Ventech USA, LP**

_____

Debtor(s)

Case No. _____

Chapter  **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **36** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September  9, 2013** _____

Signature  **/s/ Ulrich Pingel** _____

**Ulrich Pingel**

**CEO**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Ventech USA, LP**

_____
Debtor(s)

Case No. _____
Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September  9, 2013**
_____

**/s/ Ulrich Pingel**
_____
**Ulrich Pingel**/CEO
Signer/Title

4Imprint, Inc.
PO Box 1641
Milwaukee, WI 53201-1641


Aagaard-Jergensen LLC
5695 Beggs Road
Orlando, FL 32810-2606


Access Lock & Key
355 Picketts Crossing
Acworth, GA 30101


Accounting Focus, Inc.
2340 Starr Lake Drive
Acworth, GA 30101


Advantage Promotions
Steve Crittenden
1175 Old Harris Road, #227
Dallas, GA 30157


Air Reliant Service of GA
PO Box 508
Kennesaw, GA 30156


Andrew Welsh
355 Hiawassee DRive
Woodstock, GA 30188


APTA
1666 K Street NW
Suite 1100
Washington, DC 20006


Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363

Arnold D. Frantz
1040 Firest East Drive
Stone Mountain, GA 30088


AT&T
P.O. Box 105262
Atlanta, GA 30348-5262


Auburn Moving Company
10000 Hill View Road
Newcastle, CA 95658


Barbara Hager
193 Hale Street
Atlanta, GA 30307


Baxter Krause, LLC
626 Goldpoint Trace
Woodstock, GA 30189


Bobit Business Media
3520 Challenger Street
PO Box 2730
Torrance, CA 90509


Brian Ludvigsen
478 Lindberg Place
Apt. 224
Atlanta, GA 30324


Burtran Robinson
302 Cumberland Court
Smyrna, GA 30080


C.W. Chase
3120 Arden Road
Atlanta, GA 30305

California Transit Association
1415 L Street
Suite 200
Sacramento, CA 95814


Carlton Electric, Inc.
1284 S. Cherokee Street
Denver, CO 80223


Carol Faubert
Faubert Consulting, LLC
3013 River Station Drive
Woodstock, GA 30188


Castle Consulting Group
2357 Newcastle Road
Newcastle, CA 95658


Cebeyond
PO Box 406815
Atlanta, GA 30384-6815


CG Construction
2710 Zacatecas Street
Laredo, TX 78046


Cheroke Reprographics, Inc
280 Heritage Walk
Woodstock, GA 30188


Chicago Crates, Ltd.
39031 Tresury Center
Chicago, IL 60694-9000


City of Dunwoody
Finance & Administration
PO Box 888074
Dunwoody, GA 30356

Cobb County Business License
191 Lawrence Street NE
Marietta, GA 30060-1692


Cobb County Tax Commissoiner
PO Box 100127
Marietta, GA 30061-7027


Comcast
PO Box 530098
Atlanta, GA 30353-0098


CST, Inc.
500 Lanier Avenue
Suite 901
Fayetteville, GA 30214


D&C Properties, LLC
PO Box 441286
Kennesaw, GA 30160


Diodati
PO Box 441286
Kennesaw, GA 30160


Dunlap Group
231 Cherry Avenue
Suite 202
Auburn, CA 95603


Eaton Sales & Service LLC
4803 York Street
Denver, CO 80216


Ed Santorella
1016 Creek Side Drive
Canton, GA 30115

Excelses Construction, Inc.
1988 Suwanee Roberts Court
Lawrenceville, GA 30043


ExxonMobil Research
PO Box 7247-6780
Philadelphia, PA 19170-6780


FedEx National LTL
PO Box 95001
Lakeland, FL 33804-5001


Furst Electric
1528 Dickens Place NW
Kennesaw, GA 30144


GACC
530 Means Street, #120
Atlanta, GA 30318


Gas South
PO Box 530552
Atlanta, GA 30353-0552


Genesis Exposition Services
11900 Plantside Drive
Suite #3
Louisville, KY 40299-6367


Georgia Department of Revenue
Processing Center
PO Box 740317
Atlanta, GA 30374-0387


Georgia Motor Trucking Assoc.
2060 Marietta Way
Suite 200
Marietta, GA 30067

Georgia Power
96 Annex
Atlanta, GA 30396-0001


Global Electric Automation
12941 John Reynolds Road
Galveston, TX 77554


Grainger
Dept 878554534
Palatine, IL 60038-0001


Grenzebach Corporation
10 herring Road
Newnan, GA 30265


HB Express Inc.
PO Box 530
Prairieville, LA 70769


IFF
452-A Plaza Drive
College Park, GA 30349


IFF, Inc.
575-A Forrest Parkway
College Park, GA 30349


Impact Global Serivces, Inc.
PO Box 508
Kennesaw, GA 30156


IntegraCore Atlanta
7750 The Bluffs
Suite 104
Austell, GA 30168

IPFS Corporation
PO Box 905849
Charlotte, NC 28290-5849


Jacqueline Hipp-Welsh
335 Hiawassee Drive
Woodstock, GA 30188


James Ware
1227 Harbor Cove
Woodstock, GA 30189


JCS Enterprises, Inc.
3501 Moreland Avenue
PO Box 449
Conley, GA 30288


Jim Phelan
4920 Berkeley Oak Circle
Norcross, GA 30092


Ken Scheder
c/o Robert Clark
4851 Jimmy Carter Boulevard
Norcross, GA 30093


Kevin Krause
626 Goldpoint Trace
Woodstock, GA 30189


Ladd H. Fassett
Fassett, Anthonly & Taylor, PA
1325 W. Colonial Drive
Ponte Vedra Beach, FL 32082-3387


LevelNet Consulting
6410 Vicksburg Court
Acworth, GA 30101

Levy Diamond Bello & Aossoc.
PO Box 352
Milford, CT 06460-0352


Levy Diamond Bello & Asso.
PO Box 352
Milford, CT 06460


Lowndes, Drosdick, Doster,
Kanster & Reed
PO Box 2809
Orlando, FL 32802-2809


M-Broidery, Inc.
PO Box 688
Acworth, GA 30101


MaidPro
CB Carlson Enterprises, Inc.
1056 Branch Drive
Alpharetta, GA 30004


Mark Stopher
5004 Preservation Point
Kennesaw, GA 30152


McKoon Williams & Haun
1300 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450


McStatt's Printing Co., Inc.
PO Box 640
Cartersville, GA 30120


Mercaldo Marketing Group
2107 N. Decatur Road
#232
Decatur, GA 30033

Millstead Village
Leasing Office
3355 George Busbee Parkway
Kennesaw, GA 30144


MyDealerLot
Cresan Management LLC
30 Mansell Court, Suite 220
Roswell, GA 30076


Naylor, LLC
PO Box 847865
Dallas, TX 75284-7865


Omni Machine Works, Inc.
PO Box 80155
Conyers, GA 30013


Pagel-USA LLC
4282 Shoreline Drive
Spring Park, MN 55384


Paulson's Audio & Video
37670 W. Twelve Mile Road
Farmington, MI 48331


Penhall Company
1385 Umatilla Street
Denver, CO 80204


Pilot Freight Services
Dept 2540
PO Box 122540
Dallas, TX 75312-2540


Pointe North Insurance Group
1100 Circle 75 North
Suite 140
Atlanta, GA 30339

Presentech Inc.
645 11th Street NW
Atlanta, GA 30318-5419


Probst Company
541 Adams Street
Denver, CO 80206


Promedia
6800 Lauffer Road
Columbus, OH 43213


Protech Printing & Graphics
975 Cobb Place Blvd.
Suite 112
Kennesaw, GA 30144


Reevco
603 Evergreen Drive
Woodstock, GA 30188


Regions Executive Recruting
1855 Berkeley Mews
Atlanta, GA 30329


Rhett A Firmet, PC
10 East 40th Street,46th Floor
New York, NY 10016


Rick Cobel
1181 Bridge Mille Ave
Canton, GA 30114


Rockcrete Concrete Specalists
3870 Peachtree Industrial Blvd
Suite 150-322
Duluth, GA 30096

Roedl & Partner
1100 South Tower
225 Peachtree Street NE
Atlanta, GA 30303


Sandra Thomann
145 Wing Mill Road
Atlanta, GA 30350


Savannah Distributing Company
2003 S. Bibb Drive
Tucker, GA 30084


SBC Fulfilment, Inc
5000 Westpark Drive
Suite 100
Atlanta, GA 30336


Simpson, Uchitel & Wilson, LLP
1 Securities Centre, Suite 300
3490 Piedmont Road, NE
Atlanta, GA 30305


Source 5 Payroll, Inc.
3380 Trickum Road
Building 200, Suite 102
Woodstock, GA 30188


Specialized Carriers & Rigging
2750 Prosperity Ave
#620
Fairfax, VA 22031-4312


Speedco Inc
PO box 520
Cayuga, IN 47928

Taylor English Duma LLP
1600 Parkwood Circle
#400
Atlanta, GA 30339


Technology & Maintenanc Counc
American Trucking Association
PO Box 101360
Arlington, VA 22210


The Castel Law Firm PC
401 Congress Avenue
Suite 1540
Austin, TX 78701


The Cincinnati Insurance Co.
PO Box 145496
Cincinnati, OH 45250-5495


The Hartford
PO Box 660916
Dallas, TX 75266-0916


The McCart Group
2405 Satellite Blvd
Suite 200
Duluth, GA 30096


Tim McLaughlin
4511 Lakeview Glen Drive
Medina, OH 44256


TNT USA Inc.
PO Box 182592
Columbus, OH 43218-2592

Tom Pena
221 E. Taylor Street
Apt. B
Savannah, GA 31401


Tony Brown
213 Holly Chase Court
Canton, GA 30114


Traffic Products, Inc.
PO Box 382163
Birmingham, AL 35238-2163


Trasport Topics
Subscription Service
PO Box 182
Congers, NY 10920-9961


Tremayne West
14 Enclave DRive
Powder Springs, GA 30127


Trench Shoring Services
6770 East 56th Avenue
Commerce City, CO 80033


Twig's Welding LLC
10140 W. Grand Rive Ave.
Grand Ledge, MI 48837


U-Line Accounts Receivable
2200S Lakeside Drive
Waukegan, IL 60085


UPS Store 4106
1635 Old Highway 41
Suite 112
Kennesaw, GA 30144

UPS Supply Chain Solutions
28013 Network Place
Chicago, IL 60673-1280


Ventech GmbH
Elbestrasse 110 45768
Marl, Germany


Verizon
PO Box 660108
Dallas, TX 75266-0108


Wesley Summers
5023 David Place
Smyrna, GA 30082


William Perry Construction
11112 Upton Road
Grand Ledge, MI 48837


Winslow Crane Service Co.
3002 S. Huron Street
Englewood, CO 80110


Zurich North America
8712 Innovation Way
Chicago, IL 60682-0087

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Ventech USA, LP**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Ventech USA, LP** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September  9, 2013**

Date

**/s/ W. Kevin Snyder GA**
**W. Kevin Snyder GA 666272**
Signature of Attorney or Litigant
Counsel for   **Ventech USA, LP**
**Lacy & Snyder LLP**
**P.O. Box 3709**
**Peachtree City, GA 30269**
**770-486-8445 Fax:770-486-8889**
**kevin@lacysnyder.com**