UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re: VENTECH USA LP   § Case No. 13-69812-MHM
                       §
                       §
                       §
Debtor(s)              §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

S. GREGORY HAYS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00                          Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,895.89       Claims Discharged
                                                 Without Payment: N/A

Total Expenses of Administration: $23,995.65

3) Total gross receipts of $ 29,891.54 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $29,891.54 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---:|---:|---:|---:|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 23,995.65 | 23,995.65 | 23,995.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,219.00 | 47,359.12 | 53,610.39 | 5,895.89 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 938,522.74 | 1,510,110.42 | 1,510,110.42 | 0.00 |
| **TOTAL DISBURSEMENTS** | $940,741.74 | $1,581,465.19 | $1,587,716.46 | $29,891.54 |

4) This case was originally filed under Chapter 7 on September 09, 2013. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/08/2015         By: /s/S. GREGORY HAYS
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| SunTrust Checking Account | 1129-000 | 29,891.54 |
| **TOTAL GROSS RECEIPTS** | | **$29,891.54** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| S. Gregory Hays | 2100-000 | N/A | 3,739.15 | 3,739.15 | 3,739.15 |
| S. Gregory Hays | 2200-000 | N/A | 336.91 | 336.91 | 336.91 |
| Hays Financial Consulting, LLC | 3310-000 | N/A | 19,147.50 | 19,147.50 | 19,147.50 |
| Hays Financial Consulting, LLC | 3320-000 | N/A | 42.61 | 42.61 | 42.61 |
| Rabobank, N.A. | 2600-000 | N/A | 44.42 | 44.42 | 44.42 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 40.06 | 40.06 | 40.06 |
| Rabobank, N.A. | 2600-000 | N/A | 47.16 | 47.16 | 47.16 |
| Rabobank, N.A. | 2600-000 | N/A | 44.23 | 44.23 | 44.23 |
| Rabobank, N.A. | 2600-000 | N/A | 39.89 | 39.89 | 39.89 |
| Rabobank, N.A. | 2600-000 | N/A | 41.26 | 41.26 | 41.26 |
| Rabobank, N.A. | 2600-000 | N/A | 45.46 | 45.46 | 45.46 |
| Rabobank, N.A. | 2600-000 | N/A | 42.55 | 42.55 | 42.55 |
| Rabobank, N.A. | 2600-000 | N/A | 41.08 | 41.08 | 41.08 |
| Rabobank, N.A. | 2600-000 | N/A | 46.68 | 46.68 | 46.68 |
| Rabobank, N.A. | 2600-000 | N/A | 40.95 | 40.95 | 40.95 |
| Rabobank, N.A. | 2600-000 | N/A | 45.13 | 45.13 | 45.13 |
| Rabobank, N.A. | 2600-000 | N/A | 43.65 | 43.65 | 43.65 |
| Rabobank, N.A. | 2600-000 | N/A | 37.96 | 37.96 | 37.96 |
| Rabobank, N.A. | 2600-000 | N/A | 47.74 | 47.74 | 47.74 |
| Rabobank, N.A. | 2600-000 | N/A | 42.06 | 42.06 | 42.06 |
| Rabobank, N.A. | 2600-000 | N/A | 39.20 | 39.20 | 39.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $23,995.65 | $23,995.65 | $23,995.65 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | 5300-000 | N/A | N/A | 627.25 | 85.49 |
| | Internal Revenue Service | 5300-000 | N/A | N/A | 2,682.02 | 365.56 |
| | Internal Revenue Service | 5300-000 | N/A | N/A | 8,651.67 | 1,179.18 |
| | Georgia Income Tax Division | 5300-000 | N/A | N/A | 2,595.50 | 353.75 |
| | Internal Revenue Service | 5800-000 | N/A | N/A | 2,682.02 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | 5800-000 | N/A | N/A | 627.25 | 0.00 |
| | Internal Revenue Service (Futa) | 5800-000 | N/A | N/A | 161.00 | 0.00 |
| | Georgia Department of Labor | 5800-000 | N/A | N/A | 2,781.00 | 0.00 |
| 1 | Cobb County Tax Commissioner | 5800-000 | N/A | 1,422.20 | 1,422.20 | 0.00 |
| 9P | Christopher Brian Ludvigsen | 5300-000 | N/A | 12,475.00 | 8,277.16 | 1,128.13 |
| 13P | Mark Stopher | 5300-000 | N/A | 12,475.00 | 8,277.16 | 1,128.13 |
| 15P | Kenneth Rees Scheder | 5300-000 | N/A | N/A | 0.00 | 0.00 |
| 15P-2 | Kenneth Rees Scheder | 5300-000 | N/A | 12,475.00 | 8,277.16 | 1,128.13 |
| 17 | James Ware | 5300-000 | 0.00 | N/A | N/A | 0.00 |
| 17P-2 | James Ware | 5300-000 | 0.00 | 5,833.34 | 3,870.42 | 527.52 |
| 18P | Georgia Department of Revenue | 5800-000 | 2,219.00 | 2,263.38 | 2,263.38 | 0.00 |
| 19P | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 415.20 | 415.20 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$2,219.00** | **$47,359.12** | **$53,610.39** | **$5,895.89** |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Pagel-USA LLC | 7100-000 | 1,590.00 | 1,590.00 | 1,590.00 | 0.00 |
| 3 | Cheroke Reprographics, Inc | 7100-000 | 212.00 | 245.56 | 245.56 | 0.00 |
| 4 | IFF Inc. | 7100-000 | 2,222.73 | 1,047.73 | 1,047.73 | 0.00 |
| 5 | CBeyond | 7100-000 | 1,274.85 | 1,284.01 | 1,284.01 | 0.00 |
| 6 | Pilot Freight Services | 7100-000 | 14,217.50 | 14,217.50 | 14,217.50 | 0.00 |
| 7 | Rodi Langford de Kock LP | 7100-000 | 4,150.00 | 4,150.00 | 4,150.00 | 0.00 |
| 8 | D&C Properties, LLC | 7100-000 | 7,607.99 | 7,381.00 | 7,381.00 | 0.00 |
| 9U | Christopher Brian Ludvigsen | 7100-000 | 296.80 | 11,577.09 | 11,577.09 | 0.00 |
| 10 | Hartford Fire Insurance Company | 7100-000 | 4,301.11 | 1,128.11 | 1,128.11 | 0.00 |
| 11 | Amy Hacker, Premium Audit Department | 7100-000 | 0.00 | 12,253.28 | 12,253.28 | 0.00 |
| 12 | Amy Hacker, Premium Audit Department | 7100-000 | N/A | 1,129.00 | 1,129.00 | 0.00 |
| 13U | Mark Stopher | 7100-000 | N/A | 11,811.28 | 11,811.28 | 0.00 |
| 14 | MaidPro | 7100-000 | 207.00 | 207.00 | 207.00 | 0.00 |
| 15U | Kenneth Rees Scheder | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 15U-2 | Kenneth Rees Scheder | 7100-000 | 37,903.20 | 26,026.70 | 26,026.70 | 0.00 |
| 16 | Love's Travel Stops & Country Stores, Inc. | 7100-000 | N/A | 1,412,679.00 | 1,412,679.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 17U-2 | James Ware | 7100-000 | 0.00 | 1,211.26 | 1,211.26 | 0.00 |
| 18U | Georgia Department of Revenue | 7100-000 | N/A | 221.90 | 221.90 | 0.00 |
| 19U | INTERNAL REVENUE SERVICE | 7100-000 | N/A | 1,950.00 | 1,950.00 | 0.00 |
| NOTFILED | Presentech Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Probst Company | 7100-000 | 91,520.92 | N/A | N/A | 0.00 |
| NOTFILED | Penhall Company | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Pointe North Insurance Group | 7100-000 | 13,382.28 | N/A | N/A | 0.00 |
| NOTFILED | Promedia | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Paulson's Audio & Video | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Reevco | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rick Cobel | 7100-000 | 2,015.58 | N/A | N/A | 0.00 |
| NOTFILED | Sandra Thomann | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Regions Executive Recruting | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Omni Machine Works, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Protech Printing & Graphics | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockcrete Concrete Specalists | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mercaldo Marketing Group | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Levy Diamond Bello & Asso. | 7100-000 | 15,070.55 | N/A | N/A | 0.00 |
| NOTFILED | Lowndes, Drosdick, Doster, Kanster & Reed | 7100-000 | 472.00 | N/A | N/A | 0.00 |
| NOTFILED | Levy Diamond Bello & Aossoc. | 7100-000 | 308.51 | N/A | N/A | 0.00 |
| NOTFILED | Savannah Distributing Company | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | M-Broidery, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ladd H. Fassett Fassett, Anthonly & Taylor, PA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mark Stopher | 7100-000 | 89.32 | N/A | N/A | 0.00 |
| NOTFILED | Millstead Village Leasing Office | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | MyDealerLot Cresan Management LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | McStatt's Printing Co., Inc. | 7100-000 | 408.05 | N/A | N/A | 0.00 |
| NOTFILED | LevelNet Consulting | 7100-000 | 1,595.07 | N/A | N/A | 0.00 |
| NOTFILED | Naylor, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | McKoon Williams & Haun | 7100-000 | 12,007.50 | N/A | N/A | 0.00 |
| NOTFILED | Tom Pena | 7100-000 | 2,700.36 | N/A | N/A | 0.00 |
| NOTFILED | UPS Supply Chain Solutions | 7100-000 | 1,420.31 | N/A | N/A | 0.00 |
| NOTFILED | Ventech GmbH | 7100-000 | 681,635.56 | N/A | N/A | 0.00 |
| NOTFILED | U-Line Accounts Receivable | 7100-000 | 116.60 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | UPS Store 4106 | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon | 7100-000 | 1,157.24 | N/A | N/A | 0.00 |
| NOTFILED | Twig's Welding LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wesley Summers | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Winslow Crane Service Co. | 7100-000 | 326.77 | N/A | N/A | 0.00 |
| NOTFILED | Zurich North America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Trench Shoring Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | William Perry Construction | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Trasport Topics Subscription Service | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tremayne West | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Taylor English Duma LLP | 7100-000 | 3,125.00 | N/A | N/A | 0.00 |
| NOTFILED | Technology & Maintenanc Counc American Trucking | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Specialized Carriers & Rigging | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Speedco Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | The Castel Law Firm PC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Source 5 Payroll, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | The McCart Group | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tony Brown | 7100-000 | 4,992.50 | N/A | N/A | 0.00 |
| NOTFILED | Traffic Products, Inc. | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | TNT USA Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kevin Krause | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | SBC Fulfilment, Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tim McLaughlin | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Impact Global Serivces, Inc. | 7100-000 | 144.98 | N/A | N/A | 0.00 |
| NOTFILED | Jim Phelan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Advantage Promotions Steve Crittenden | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Air Reliant Service of GA | 7100-000 | 144.98 | N/A | N/A | 0.00 |
| NOTFILED | Accounting Focus, Inc. | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | Access Lock & Key | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 4Imprint, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Aagaard-Jergensen LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Andrew Welsh | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Arnall Golden Gregory LLP | 7100-000 | 2,706.50 | N/A | N/A | 0.00 |
| NOTFILED | APTA | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Barbara Hager | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Baxter Krause, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Auburn Moving Company | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Arnold D. Frantz | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bobit Business Media | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | C.W. Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Burtran Robinson | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Genesis Exposition Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Georgia Department of Revenue Processing Center | 7100-000 | 2,219.00 | N/A | N/A | 0.00 |
| NOTFILED | Gas South | 7100-000 | 40.45 | N/A | N/A | 0.00 |
| NOTFILED | GACC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | FedEx National LTL | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Furst Electric | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Georgia Motor Trucking Assoc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Global Electric Automation | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Georgia Power | 7100-000 | 345.13 | N/A | N/A | 0.00 |
| NOTFILED | IPFS Corporation | 7100-000 | 5,886.75 | N/A | N/A | 0.00 |
| NOTFILED | Jacqueline Hipp-Welsh | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | IntegraCore Atlanta | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HB Express Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Grainger | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Grenzebach Corporation | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ExxonMobil Research | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Excelses Construction, Inc. | 7100-000 | 9,460.42 | N/A | N/A | 0.00 |
| NOTFILED | CG Construction | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Crates, Ltd. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Castle Consulting Group | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Carol Faubert Faubert Consulting, LLC | 7100-000 | 1,080.00 | N/A | N/A | 0.00 |
| NOTFILED | California Transit Association | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Carlton Electric, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Dunwoody Finance & Administration | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cobb County Tax Commissoiner | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Cobb County Business License | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Eaton Sales & Service LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ed Santorella | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dunlap Group | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Diodati | 7100-000 | 7,607.99 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 409.24 | N/A | N/A | 0.00 |
| NOTFILED | CST, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | JCS Enterprises, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $938,522.74 | $1,510,110.42 | $1,510,110.42 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-69812-MHM  
**Case Name:** VENTECH USA LP  

**Period Ending:** 07/08/15

**Trustee:** (300320) S. GREGORY HAYS  
**Filed (f) or Converted (c):** 09/09/13 (f)  
**§341(a) Meeting Date:** 10/07/13  
**Claims Bar Date:** 01/14/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | SunTrust Checking Account | 29,972.00 | 29,972.00 | | 29,891.54 | FA |
| 1 | Assets    Totals (Excluding unknown values) | **$29,972.00** | **$29,972.00** | | **$29,891.54** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2014        **Current Projected Date Of Final Report (TFR):**    March 6, 2015  (Actual)

Printed: 07/08/2015 03:37 PM    V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-69812-MHM  
**Case Name:** VENTECH USA LP  
**Taxpayer ID #:** **-***8824  
**Period Ending:** 07/08/15

**Trustee:** S. GREGORY HAYS (300320)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2066 - Checking Account  
**Blanket Bond:** $57,300,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/24/13 | {1} | SunTrust Banks, Inc. | SunTrust account #1000108795765 closed | 1129-000 | 29,891.54 | | 29,891.54 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.42 | 29,847.12 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.06 | 29,807.06 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.16 | 29,759.90 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.23 | 29,715.67 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.89 | 29,675.78 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.26 | 29,634.52 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.46 | 29,589.06 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.55 | 29,546.51 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.08 | 29,505.43 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.68 | 29,458.75 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.95 | 29,417.80 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.13 | 29,372.67 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.65 | 29,329.02 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.96 | 29,291.06 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.74 | 29,243.32 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.06 | 29,201.26 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.20 | 29,162.06 |
| 05/20/15 | 101 | S. Gregory Hays | Trustee Fees & Expenses awarded per court order, docket #17 | | | 4,076.06 | 25,086.00 |
| | | S. Gregory Hays | Trustee Fees    3,739.15 | 2100-000 | | | 25,086.00 |
| | | S. Gregory Hays | Trustee Expenses    336.91 | 2200-000 | | | 25,086.00 |
| 05/20/15 | 102 | Hays Financial Consulting, LLC | Accountant fees & expenses awarded per court order, docket #17 | | | 19,190.11 | 5,895.89 |
| | | Hays Financial Consulting, LLC | Accountant Fees    19,147.50 | 3310-000 | | | 5,895.89 |
| | | Hays Financial Consulting, LLC | Accountant Expenses    42.61 | 3320-000 | | | 5,895.89 |
| 05/26/15 | 103 | Internal Revenue Service | Dividend paid  13.62% on $2,682.02; Filed: $0.00 for FICA on wage claims. | 5300-000 | | 365.56 | 5,530.33 |
| 05/26/15 | 104 | Internal Revenue Service | Dividend paid  13.62% on $8,651.67; Filed: $0.00 for Income Tax on wage claims. | 5300-000 | | 1,179.18 | 4,351.15 |
| 05/26/15 | 105 | Internal Revenue Service | Dividend paid  13.62% on $627.25; Filed: $0.00 for Medicare on wage claims. | 5300-000 | | 85.49 | 4,265.66 |
| 05/26/15 | 106 | Georgia Income Tax Division | Dividend paid  13.62% on $2,595.50; Filed: $0.00 for GA Income Tax on wage claims. | 5300-000 | | 353.75 | 3,911.91 |
| 05/26/15 | 107 | Christopher Brian Ludvigsen | Final Distribution per TFR and NFR, Docket #s 14 and 15. | 5300-000 | | 1,128.13 | 2,783.78 |
| 05/26/15 | 108 | Mark Stopher | Final Distribution per TFR and NFR, Docket #s | 5300-000 | | 1,128.13 | 1,655.65 |

Subtotals :    $29,891.54    $28,235.89

{} Asset reference(s)                                                            Printed: 07/08/2015 03:37 PM    V.13.23

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-69812-MHM
**Case Name:** VENTECH USA LP

**Taxpayer ID #:** **-***8824
**Period Ending:** 07/08/15

**Trustee:** S. GREGORY HAYS (300320)
**Bank Name:** Rabobank, N.A.
**Account:** ******2066 - Checking Account
**Blanket Bond:** $57,300,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 14 and 15. | | | | |
| 05/26/15 | 109 | Kenneth Rees Scheder | Final Distribution per TFR and NFR, Docket #s 14 and 15. | 5300-000 | | 1,128.13 | 527.52 |
| 05/26/15 | 110 | James Ware | Final Distribution per TFR and NFR, Docket #s 14 and 15. | 5300-000 | | 527.52 | 0.00 |
| | | | ACCOUNT TOTALS | | 29,891.54 | 29,891.54 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 29,891.54 | 29,891.54 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $29,891.54 | $29,891.54 | |

Net Receipts : 29,891.54
Net Estate : $29,891.54

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2066 | 29,891.54 | 29,891.54 | 0.00 |
| | $29,891.54 | $29,891.54 | $0.00 |

{} Asset reference(s)

Printed: 07/08/2015 03:37 PM    V.13.23